# United States Bankruptcy Court
## Central District of California
Los Angeles
Julia Brand, Presiding
Courtroom 1375 Calendar

---

**Tuesday, February 11, 2025**  Hearing Room  **1375**

**10:00 AM**
**2:24-12552**    Otha La Vonne Beverly    Chapter 13

#10.00 Motion for relief from the automatic stay [RP]

DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS- THROUGH CERTIFICATES, SERIES 2006-QS6
V
DEBTOR

fr. 1-7-25

Docket 41

**Tentative Ruling:**

**ALL PARTIES MAY APPEAR VIA ZOOMGOV, IN-PERSON APPEARANCES ARE NOT REQUIRED.**

No opposition was filed.

The motion is GRANTED pursuant to 11 U.S.C. § 362(d)(1) to permit movant, its successors, transferees and assigns, to enforce its remedies to repossess or otherwise obtain possession and dispose of its collateral pursuant to applicable law, and to use the proceeds from its disposition to satisfy its claim. Movant may not pursue any deficiency claim against the debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501. Movant is secured by a deed of trust encumbering the debtor's residence. The debtor has failed to pay 5 post-petition payments. This is cause to terminate the automatic stay.  See Ellis v. Parr (In re Ellis), 60 B.R. 432, 434-35 (9th Cir. BAP 1985). **Appearances waived**.

The 14-day period specified in FRBP 4001(a)(3) is waived. The stay having been terminated as to the debtor and no opposition having been filed by the codebtor, movant is granted relief as to any codebtor on the note pursuant to 11 U.S.C. § 1301(d). **All other relief is denied.**

## United States Bankruptcy Court
## Central District of California
Los Angeles
Julia Brand, Presiding
Courtroom 1375 Calendar

---

**Tuesday, February 11, 2025**                                                                 Hearing Room    1375

10:00 AM
**CONT...**     **Otha La Vonne Beverly**                                                                 Chapter 13
  The movant shall upload an appropriate order via the Court's LOU system.

| Party Information |
|---|

**Debtor(s):**

  Otha La Vonne Beverly                       Represented By
                                                Marc A Goldbach

**Movant(s):**

  Deutsche Bank Trust Company                  Represented By
                                                Dane W Exnowski
                                                Sean C Ferry

**Trustee(s):**

  Nancy K Curry (TR)                           Pro Se