# United States Bankruptcy Court
## Central District of California
Los Angeles
Julia Brand, Presiding
Courtroom 1375 Calendar

**Wednesday, May 7, 2025**  Hearing Room  **1375**

<u>1:30 PM</u>
**2:24-12552    Otha La Vonne Beverly**    Chapter 13

    **#9.00**    Motion to Reconsider re: Motion for Relief from Stay - Real Property

        Docket    47

**Tentative Ruling:**

    No opposition having been filed, and good cause presented, the Motion is hereby GRANTED. The court's tentative ruling issued on February 10, 2025, made a final ruling at the February 11, 2025 hearing, is hereby vacated. Any foreclosure sale of the subject property occurring between February 12, 2025 and the hearing on this Motion is deemed void as no order was entered granting the motion for relief from stay. Debtor shall lodge an appropriate order in LOU within 7 days. **<u>Appearances waived</u>**.

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| Otha La Vonne Beverly | Represented By<br>    Marc A Goldbach |

**Movant(s):**

| | |
|---|---|
| Otha La Vonne Beverly | Represented By<br>    Marc A Goldbach |

**Trustee(s):**

| | |
|---|---|
| Nancy K Curry (TR) | Pro Se |