

**FILED & ENTERED**

**MAY 09 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>OTHA LA VONNE BEVERLY,<br><br><br><br>Debtor(s). | Case No.: 2:24-bk-12552-WB<br><br>CHAPTER 13<br><br>**ORDER GRANTING MOTION TO RECONSIDER**<br><br>Date:           May 7, 2025<br>Time:          1:30 PM<br>Courtroom: 1375 |

Debtor Otha La Vonne Beverly's Motion in Support for Consideration of the Court's February 11, 2025 Tentative Ruling On the Motion for Relief from the Automatic Stay Filed by Deutsche Bank Trust Company Americas (the "Motion to Reconsider") [Docket No. 47] came on for hearing at the above-referenced date and time. For the reasons stated in the Court's tentative ruling issued on May 6, 2025, made a final ruling at the hearing, and good cause appearing,

//

//

//

IT IS HEREBY ORDERED that:

1) The Motion to Reconsider is granted.

2) The Court's tentative ruling with respect to the Motion for Relief from Stay (the "Stay Relief Motion") [Docket No. 41] filed by the creditor Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS6 issued on February 10, 2025, made a final ruling at the hearing on February 11, 2025, is vacated.

3) Any foreclosure sale of the subject property located at 2381 Magnolia Avenue, Long Beach, California 90806 occurring between February 12, 2025, and the entry of this Order is void as no order was entered granting the Stay Relief Motion.

###

Date: May 9, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge